```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NIKIESHA NICHOLAS,

                        Plaintiff,                                                ORDER
                                                                                  11-CV-2278 (KAM)
        - against -

NYC DEPARTMENT OF HOMELESS
SERVICES,

                        Defendant.
------------------------------------------------------------X
```
**GOLD, United States Magistrate Judge:**

Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. The United States Marshals Service is directed to serve the summons and complaint upon defendant without prepayment of fees.

SO ORDERED.

/s/
STEVEN M. GOLD
United States Magistrate Judge

Dated:   May 12, 2011
         Brooklyn, New York

U:\eoc 2011\Nicholas ifp order.wpd